UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIE A. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CONVENIENCE AND FUEL LLC; SARONN ARENDS; TOM MURU; TRACY ERVIN-LOWERY; MICHELLE CASTLE; and KATHERINE CLARK,<br><br>Defendants. | No. 2:13-cv-2513-TLN-EFB PS<br><br><br><br>ORDER |

On February 24, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 24, 2014, are ADOPTED;

2. Plaintiff's request for voluntary dismissal of her FMLA claims in counts one and four is granted and those claims are dismissed;

3. Plaintiff's motion to remand, ECF No. 7, is granted;

4. The court declines to exercise supplemental jurisdiction over any claims arising under state law;

5. Defendants' motion to dismiss, ECF No. 4, is denied as moot;

6. This action is remanded to the Superior Court of the State of California in and for the County of San Joaquin; and

7. The Clerk is directed to close this case.

Dated: April 14, 2014

Troy L. Nunley
United States District Judge